**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **LARRY CHARLES TAYLOR,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 07-674-JPG |
| **UNITED STATES OF AMERICA,** *et al.*, | ) ) ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter is before the Court upon Petitioner's "motion to dismiss" his habeas corpus petition pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (Doc. 4). The Court has not directed the Respondents to be served with the petition nor have they filed a response to it. Therefore, Petitioner's motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (Doc. 4) is **GRANTED.** Furthermore, Petitioner's motion to amend or correct his habeas corpus petition (Doc. 3) is **DENIED**, as moot. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: February 27, 2008.

                                                  s/ J. Phil Gilbert
                                                  U. S. District Judge